UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAURA HAWKINS,

          Plaintiff,

vs.

BOARD OF COUNTY COMMISSIONERS
OF COFFEY COUNTY KANSAS;
CHRISTOPHER PHELAN; KAREN
MALEY; and BRENDA CHERRY,

          Defendants.

Case No. 17-CV-2687-KHV-KGS

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S**
**SECOND MOTION FOR LEAVE TO AMEND**

Plaintiff has moved the court to allow her to file her Second Amended Complaint, which alleges Defendant County and a new Defendant, Heidi Harris, another County employee, are harassing Plaintiff and her husband about the zoning for their business in retaliation for filing this lawsuit and making statements critical of Defendants. Plaintiff alleges that her business property has been the same for years and she had been verbally assured it was in compliance but then after she filed a lawsuit, she was told she needed a special use permit and was in danger of her business being shut down. This is a separate violation of 42 USC 1983. *See Worrell v. Henry*, 219 F.3d 1197 (10th Cir. 2000).

The deadline for filing motions to amend was June 3, 2019, but the actions alleged here have been taken within the last 30 days and could not have been included in the original lawsuit or added within the deadline to amend.

The parties have not finished paper discovery and have not taken depositions, so adding this claim will not materially delay the lawsuit. Fed. R. Civ. Pro. 15(a)(2) provides that "leave

should be freely given when justice so requires." In this case, Plaintiff wishes to include all of her claims against Coffey County and its employees in one lawsuit and believes the retaliatory actions of the county zoning department were motivated by retaliation or the other Defendants. She wishes to amend.

Respectfully submitted,

/s/ Gaye B. Tibbets
Gaye B. Tibbets, 13240
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Ste. 950
Wichita, KS 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803
E-mail: tibbets@hitefanning.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2019, I electronically filed the foregoing *Memorandum in Support of Plaintiff's Second Motion for Leave to Amend* with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gaye B. Tibbets
Gaye B. Tibbets